# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DR. JAMES TALBOT,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 1:20-CV-04985 |
| v. | ) |
| | ) |
| **COAST DENTAL OF GEORGIA P.C.,** | ) |
| **A Georgia Professional Corporation,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure, Plaintiff Dr. James Talbot and Defendants Coast Dental of Georgia P.C., a Georgia Professional Corporation, by and through their undersigned counsel, hereby file this Joint Stipulation of Settlement Dismissal with Prejudice of all claims in this action. Each party will bear their respective attorney's fees and costs.

Respectfully submitted this 5th day of July 2022

 /s/-Gary R. Kessler                                 /s/-Cody S. Wigington
Gary R. Kessler                                       Cody S. Wigington
Georgia Bar No. 416562                         Georgia Bar No. 653519

| | |
|---|---|
| Gary R. Kessler PC | Cody S. Wigington, Esq. |
| 2573 Apple Valley Road NE | Two Ballpark Center |
| Atlanta, Georgia  30319 | 800 Battery Avenue SE |
| gkessler@martensonlaw.com | Suite 100 |
| | Atlanta, Georgia  30339 |
| | cody@wigington.law |

## CERTIFICATE OF COMPLIANCE AND SERVICE

This is to certify that this filing complies with the font and font size requirements of LR 5.1B (Times New Roman, 14 pt.).  Additionally, this is to certify that on July 5, 2022, I filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system, and regular email system which will automatically notify the following counsel in the foregoing matter by electronic means:  Cody Wigington (cody@wigington.law)

This 5th   day of July , 2022.

>	*/s/ Gary R. Kessler*
>	Gary R. Kessler
>	Georgia Bar No. 416562
>	2573 Apple Valley Road NE
>	Atlanta, Georgia 30319
>	404-237-1020 (office)
>	gkessler@martensonlaw.com
>
>	ATTORNEY FOR PLAINTIFF